United States District Court
Southern District of New York

SECURITIES AND EXCHANGE COMMISSION,
   Plaintiff,

v.

DARRYL A. GOLDSTEIN and
CHRISTOPHER L. O'DONNELL,
   Defendants.

ECF CASE
07 CV 11275 (JGK-JCF)

**Order for Admission**
*Pro Hac Vice*
On Written Motion

COURTESY COPY

Upon the motion of Robert B. Blackburn attorney for plaintiff Securities and Exchange Commission and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jordan A. Thomas |
| Firm Name: | Securities and Exchange Commission |
| Address: | 100 F St., N.E. |
| City/State/Zip: | Washington, D.C. 20549-4010 |
| Phone Number: | (202) 551-4475 |
| Fax Number: | (202) 772-9245 |
| EMail: | ThomasJA@SEC.Gov |

is admitted to practice *pro hac vice* as counsel for plaintiff Securities and Exchange Commission in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Since this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. As provided in the current *District Court Fee Schedule and Related Information* (Issued in accordance with 28 U.S.C. § 1914 (b)) no fee is required for this motion for admission *pro hac vice* since it is a "service[s] rendered on behalf of the United States."

Dated:       January 4, 2008
City, State: New York, NY

Hon. John G. Koeltl
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/08