UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,    :

              Plaintiff,    :

v.    :    No. 07-cv-11275 (JGK/JCF)

DARRYL A. GOLDSTEIN and    :    **APPEARANCE**
CHRISTOPHER L. O'DONNELL,    :

              Defendants.    :

------------------------------------------------------------- X


To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for Darrly A. Goldstein.

I certify that I am admitted to practice in this court.


Date:   February 7, 2008

                                          s/ *Lawrence H. Cooke/dg*
                                    **Lawrence H. Cooke, II** (LC8884)
                                    VENABLE LLP
                                    The Chrysler Building
                                    405 Lexington Avenue
                                    The Fifty-Sixth Floor
                                    New York, New York 10174