# VENABLE LLP

The Chrysler Building
405 Lexington Avenue
The Sixty-Second Floor
New York, New York 10174

Telephone 212-307-5500
Facsimile 212-307-5598

www.venable.com

Lawrence H. Cooke II        212-307-5500        lhcooke@venable.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

February 11, 2008

**By Regular Mail & Facsimile (212) 805-7912**

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1030
New York, N.Y. 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
2/11/08

Re:  SEC v. Darryl A. Goldstein and Christopher L. O'Donnell
     No. 07-CV-11275 (JGK/JCF)

Dear Judge Koeltl:

Defendant Darryl A. Goldstein ("Goldstein") respectfully moves the Court for an extension of time within which to answer or otherwise respond to the Plaintiff's Complaint. Mr. Goldstein's response to Plaintiff's Complaint is due on February 12, 2008. Mr. Goldstein requests an extension up to and including March 5, 2008. Mr. Goldstein has not sought extensions prior to this request. Counsel for Mr. Goldstein and counsel for the Plaintiff have conferred and Plaintiff's counsel has consented to this request for an extension.

Mr. Goldstein respectfully requests that this Court grant an extension of time to answer Plaintiff's Complaint up to and including March 5, 2008.

Respectfully submitted,

Lawrence H. Cooke II (LC 8884)
VENABLE LLP
The Chrysler Building
405 Lexington Avenue
The Fifty-Sixth Floor
New York, New York 10174
(212) 307-5500

*Counsel for Defendant Darryl Goldstein*

cc:  Robert B. Blackburn – via Facsimile and First Class Mail
     Jordan A. Thomas – via Facsimile and First Class Mail