UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,    :
:
              Plaintiff,    :    No. 07-cv-11275 (JGK/JCF)
:
        v.    :    NOTICE OF CHANGE
:    OF ADDRESS
DARRYL A. GOLDSTEIN and    :
CHRISTOPHER L. O'DONNELL,    :
:
             Defendants.    :
------------------------------------------------------------- x

      PLEASE TAKE NOTICE, that, effective February 22, 2008, Venable LLP's New York office will relocate. The new address will be as follows:

    Venable LLP
    Rockefeller Center
    1270 Avenue of the Americas
    25th Floor
    New York, New York 10020

    All other contact information will remain the same.

Dated:   February 21, 2008
           New York, New York           Respectfully submitted,

                                       By:   s/Lawrence H. Cooke, II
                                            Lawrence H. Cooke, II, Esq.
                                            VENABLE LLP
                                            Rockefeller Center
                                            1270 Avenue of the Americas
                                            25th Floor
                                            New York, New York 10020
                                            (212) 307-5500
                                            *Attorneys for Defendant*
                                            *Darryl A. Goldstein*

-2-

Copies to:

Robert B. Blackburn, Esquire
U.S. Securities & Exchange Commission
3 World Financial Center
Room 4300
New York, NY 10281


Christopher R. Conte, Esquire
Mark J. Kreitman, Esquire
Jordan A. Thomas, Esquire
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549


Jordan A. Thomas
U.S. Securities and Exchange Commission
100 F. Street, N.E.
Washington, DC 200549

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February, 2008, I caused a copy of the NOTICE OF CHANGE OF ADDRESS to be delivered by electronic notice to all counsel.

Doreen S. Martin