IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
:
       Plaintiff, :
:
       v. : No. 07 CV 11275
:
DARRYL A. GOLDSTEIN AND :
CHRISTOPHER L. O'DONNELL, :
:
       Defendants. :
---------------------------------------------------------------x

NOTICE OF APPEARANCE

To the Clerk of the Court:

    PLEASE TAKE NOTICE that Daniel T. Brown,[*] Stephen J. Crimmins, and Tyler E. Gellasch hereby appear as counsel for defendant Christopher L. O'Donnell and request that copies of all papers be served upon them at the address set forth below.

Dated: February 27, 2008


                                        /s/ Ty Gellasch_____
                                        Tyler E. Gellasch (TG-3227)

                                        Daniel T. Brown[*]
                                        Stephen J. Crimmins (SC-2714)
                                        Tyler E. Gellasch (TG-3227)
                                        Mayer Brown LLP
                                        1909 K Street, N.W.
                                        Washington, D.C. 20006-1101
                                        (202) 263-3000
                                        *Counsel for Defendant Christopher L. O'Donnell*
                                        *Admission pro hac vice in process