Lawrence H. Cooke, II
VENABLE LLP
The Chrysler Building
405 Lexington Avenue
The Fifty-Sixth Floor
New York, New York  10174
Telephone:  (212) 307-5500
Facsimile:  (212) 307-5598
*Attorneys for Defendant Darryl A. Goldstein*

```
┌──────────────────────────────┐
│ USDS SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #: _____          │
│ DATE FILED: 2/28/08           │
└──────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

SECURITIES AND EXCHANGE COMMISSION,                :

       Plaintiff,                :

v.                :     No. 07-cv-11275 (JGK/JCF)

                                  :

DARRYL A. GOLDSTEIN and                :
CHRISTOPHER L. O'DONNELL,                :

       Defendants.                :

------------------------------------------------------------- x

## PROPOSED ORDER GRANTING MOTION FOR
## *PRO HAC VICE* ADMISSION OF WINIFRED M. WEITSEN, ESQ.

This matter having come before the court on the application of Winifred M. Weitsen,

counsel for Darryl A. Goldstein, to practice before this Court *pro hac vice,* in representing

Defendant Darryl A. Goldstein, and the Court having reviewed these pleadings and being fully

advised thereon:

    IT IS HEREBY ORDERED that motion should be and hereby is GRANTED, and

Winifred M. Weitsen is hereby admitted *pro hac vice* before this Court on this matter.

    SO ORDERED.

Dated: February 27, 2008.

_____
The Honorable John G. Koeltl
UNITED STATES DISTRICT JUDGE

#928060/DC2
060815-221714