USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/29/08_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                    :
SECURITIES AND EXCHANGE COMMISSION, :    Civil No. 07-CV-11275  (JGK)
                                                    :
            Plaintiff,                              :
                                                    :
                                                    :    **ORDER GRANTING MOTION TO**
            v.                                      :    **ADMIT COUNSEL *PRO HAC VICE***
                                                    :
                                                    :
DARRYL A. GOLDSTEIN and                   :
CHRISTOPHER L. O'DONNELL,              :
                                                    :
            Defendants.                            :
---------------------------------------------------------------x


        Upon motion by Tyler E. Gellasch, counsel for Defendant Christopher L. O'Donnell in

the above-captioned action, and Mr. Gellasch's affidavit in support;

        IT IS HEREBY ORDERED that:

                        Daniel T. Brown
                        Mayer Brown LLP
                        1909 K Street, N.W.
                        Washington, D.C. 20006
                        Tele: (202) 263-3388
                        Fax: (202) 263-
                        dtbrown@mayerbrown.com

is hereby is admitted *pro hac vice* as counsel to Defendant Christopher L. O'Donnell in

connection with this action in the United States District Court for the Southern District of

New York. All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: February 2̶8̶, 2008        SO ORDERED:

_____

Honorable John G. Koeltl
United States District Judge