# MAYER•BROWN

Mayer Brown LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel (202) 263-3000
Main Fax (202) 263-3300
www.mayerbrown.com

**Daniel T. Brown**
Direct Tel (202) 263-3388
Direct Fax (202) 263-5388
dtbrown@mayerbrown.com

## MEMO ENDORSED

February 28, 2008



RECEIVED FEB 28 2008 CHAMBERS OF JUDGE JOHN G. KOELTL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

BY FACSIMILE

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

Re: SEC v. Darryl A. Goldstein and Christopher L. O'Donnell
No. 07-CV-11275 (JGK)

Dear Judge Koeltl:

Defendant Christopher L. O'Donnell ("O'Donnell") respectfully moves the Court for an extension of time within which to answer or otherwise respond to the Plaintiff's Complaint. Mr. O'Donnell's response was originally due on February 12, 2008. We understand that deadline was previously extended by agreement between Mr. O'Donnell's prior counsel and Plaintiff's counsel to March 5, 2008. After that agreement, Mr. O'Donnell changed counsel by retaining us in mid-January. Mr. O'Donnell therefore seeks an extension up to and including March 14, 2008. We have conferred with Plaintiff's counsel and they have agreed to consent to this request.

Mr. O'Donnell respectfully requests that this Court extend the time to respond to Plaintiff's Complaint through March 14, 2008.

Respectfully Submitted,

Daniel T. Brown*
Stephen J. Crimmins (SC-2714)
Tyler E. Gellasch (TG-3227)
Mayer Brown LLP
1909 K Street, N.W.
Washington, DC 20003
(202) 263-3000
*Counsel for Defendant Christopher L. O'Donnell*
\* Admission *pro hac vice* in process

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
2/28/08

cc: Lawrence H. Cooke II
    Treasure Johnson
    Jordan A. Thomas
    Robert B. Blackburn

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia).