

**MEMO ENDORSED**

VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
The Twenty-Fifth Floor
New York, New York 10020

RECEIVED MAR 3 2008 CHAMBERS OF JUDGE JOHN G. KOELTL

Lawrence H. Cooke II     212-        lhcooke@venable.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

March 3, 2008

**By Regular Mail & Facsimile (212) 805-7912**

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1030
New York, N.Y. 10007

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
3/3/08

Re: <u>SEC v. Darryl A. Goldstein and Christopher L. O'Donnell</u>
    No. 07-CV-11275 (JGK/JCF)

Dear Judge Koeltl:

Defendant Darryl A. Goldstein ("Goldstein") respectfully moves the Court for an extension of time within which to answer or otherwise respond to the Plaintiff's Complaint. Mr. Goldstein's response to Plaintiff's Complaint is due on March 5, 2008. Mr. Goldstein requests an extension up to and including March 14, 2008. The extension will coordinate the deadlines for both defendants. Mr. Goldstein has sought one extension prior to this request. Counsel for Mr. Goldstein and counsel for the Plaintiff have conferred and Plaintiff's counsel has consented to this request for an extension.

Mr. Goldstein respectfully requests that this Court grant an extension of time to answer Plaintiff's Complaint up to and including March 14, 2008.

Respectfully submitted,

/s/ Lawrence H. Cooke II
Lawrence H. Cooke II (LC 8884)
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
The Twenty-Fifth Floor
New York, New York 10020
(212) 307-5500

*Counsel for Defendant Darryl Goldstein*

cc: Robert B. Blackburn, Esq. – via email and First Class Mail
    Jordan A. Thomas, Esq. – via email and First Class Mail
    Tyler Emil Gellasch, Esq. – via email and First Class Mail
    Daniel T. Brown, Esq. – via email and First Class Mail