UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08
```

SECURITIES AND EXCHANGE COMMISSION, : Civil No. 07-CV-11275 (JGK)

    Plaintiff,

    v.

: **ORDER GRANTING MOTION TO**
: **ADMIT COUNSEL *PRO HAC VICE***

DARRYL A. GOLDSTEIN and
CHRISTOPHER L. O'DONNELL,

    Defendants.
------------------------------------------------------------x

Upon motion by Tyler E. Gellasch, counsel for Defendant Christopher L. O'Donnell in the above-captioned action, and Mr. Gellasch's affidavit in support;

IT IS HEREBY ORDERED that:

> Daniel T. Brown
> Mayer Brown LLP
> 1909 K Street, N.W.
> Washington, D.C. 20006
> Tele: (202) 263-3388
> Fax: (202) 263-
> dtbrown@mayerbrown.com

is hereby is admitted *pro hac vice* as counsel to Defendant Christopher L. O'Donnell in connection with this action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: ~~February~~ March 4, 2008   SO ORDERED:

_____
Honorable John G. Koeltl
United States District Judge