



**MAYER·BROWN**
**MEMO ENDORSED**

Mayer Brown LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel (202) 263-3000
Main Fax (202) 263-3300
www.mayerbrown.com

**Daniel T. Brown**
Direct Tel (202) 263-3388
Direct Fax (202) 263-5388
dtbrown@mayerbrown.com

March 4, 2008

BY FACSIMILE (212) 805-7912

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

Re: SEC v. Darryl A. Goldstein and Christopher L. O'Donnell
No. 07-CV-11275 (JGK)

Dear Judge Koeltl:

I write to request an adjournment of the Rule 16 scheduling conference currently set for Wednesday, March 19th at 10:00, due to a conflict with my schedule. I have conferred with counsel for the other parties, and none opposes this request. Alternate dates currently available for the following week are March 25th and 27th. As counsel for the SEC and I will be traveling from Washington, D.C. on the day of the conference, we request that it be set for late morning.

Thank you for your attention to this matter.

Very truly yours,

Daniel T. Brown (DB 7693)
Mayer Brown LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3000
Counsel for Defendant Christopher L. O'Donnell

cc: Lawrence H. Cooke II (via e-mail)
Jordan A. Thomas (via e-mail)

*Adjourned to Tuesday, March 25, 2008 at 4:30pm.*
*So Ordered.*
*3/5/08*
*SDJ*

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia).