**VENABLE**®LLP

Rockefeller Center
1270 Avenue of the Americas
The Twenty-Fifth Floor
New York, New York 10020

Telephone 212-307-5500
Facsimile 212-307-5598

www.venable.com

Lawrence H. Cooke II    212-307-5508    lhcooke@venable.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

March 3, 2008

**By Regular Mail & Facsimile (212) 805-7912**

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1030
New York, N.Y. 10007

RECEIVED
MAR - 6 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

Re: SEC v. Darryl A. Goldstein and Christopher L. O'Donnell
No. 07-CV-11275 (JGK/JCF)

Dear Judge Koeltl:

Defendant Darryl A. Goldstein ("Goldstein") respectfully moves the Court for an extension of time within which to answer or otherwise respond to the Plaintiff's Complaint. Mr. Goldstein's response to Plaintiff's Complaint is due on March 5, 2008. Mr. Goldstein requests an extension up to and including March 14, 2008. The extension will coordinate the deadlines for both defendants. Mr. Goldstein has sought one extension prior to this request. Counsel for Mr. Goldstein and counsel for the Plaintiff have conferred and Plaintiff's counsel has consented to this request for an extension.

Mr. Goldstein respectfully requests that this Court grant an extension of time to answer Plaintiff's Complaint up to and including March 14, 2008.

Respectfully submitted,

*[signature]*

Lawrence H. Cooke II (LC 8884)
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
The Twenty-Fifth Floor
New York, New York 10020
(212) 307-5500

*Counsel for Defendant Darryl Goldstein*

APPLICATION GRANTED
SO ORDERED

*[signature]*
John G. Koeltl, U.S.D.J.
3/6/08

cc: Robert B. Blackburn, Esq. – via email and First Class Mail
    Jordan A. Thomas, Esq. – via email and First Class Mail
    Tyler Emil Gellasch, Esq. – via email and First Class Mail
    Daniel T. Brown, Esq. – via email and First Class Mail