Lawrence H. Cooke, II
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
25th Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
*Attorneys for Defendant Darryl A. Goldstein*



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION,  :
                                      :
             Plaintiff,               :
                                      :
v.                                    :   No. 07-cv-11275 (JGK/JCF)
                                      :
DARRYL A. GOLDSTEIN and               :
CHRISTOPHER L. O'DONNELL,             :
                                      :
             Defendants.              :
------------------------------------------------------------ x

### PROPOSED ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF TREAZURE R. JOHNSON, ESQ.

This matter having come before the court on the application of Treazure R. Johnson, counsel for Darryl A. Goldstein, to practice before this Court *pro hac vice,* in representing Defendant Darryl A. Goldstein, and the Court having reviewed these pleadings and being fully advised thereon:

IT IS HEREBY ORDERED that motion should be and hereby is GRANTED, and Treazure R. Johnson is hereby admitted *pro hac vice* before this Court on this matter.

IT IS SO ORDERED, this 7 day of March 2008.

_____
The Honorable John G. Koeltl
UNITED STATES DISTRICT JUDGE

#929229/DC2
060815-221714