Lawrence H. Cooke II
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
25th Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
*Attorneys for Defendant Darryl A. Goldstein*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,   :
                                       :
              Plaintiff,               :
                                       :
v.                                     :   No. 07-cv-11275 (JGK/JCF)
                                       :
DARRYL A. GOLDSTEIN and                :
CHRISTOPHER L. O'DONNELL,              :
                                       :
              Defendants.              :
------------------------------------------------------------- x

### PROPOSED ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF LaSHON K. KELL, ESQ.

This matter having come before the court on the application of LaShon K. Kell, counsel for Darryl A. Goldstein, to practice before this Court *pro hac vice,* in representing Defendant Darryl A. Goldstein, and the Court having reviewed these pleadings and being fully advised thereon:

IT IS HEREBY ORDERED that motion should be and hereby is GRANTED, and LaShon K. Kell is hereby admitted *pro hac vice* before this Court on this matter.

IT IS SO ORDERED, this __7__ day of __March__ 2008.

_____
The Honorable John G. Koeltl
UNITED STATES DISTRICT JUDGE

#928060/DC2
060815-221714