UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
SECURITIES AND EXCHANGE COMMISSION,                          :
                                                             :
        Plaintiff,                                          :
                                                             :
            V.                                               : Civil No. 07-CV-11275  (JGK/JCF)
                                                             :
                                                             :
DARRYL A. GOLDSTEIN and                                      :
CHRISTOPHER L. O'DONNELL,                                    :
                                                             :
        Defendants.                                         :
-------------------------------------------------------------x

## DEFENDANT CHRISTOPHER L. O'DONNELL'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT

    PLEASE TAKE NOTICE that Defendant Christopher L. O'Donnell, by and through his undersigned counsel, hereby moves to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for the following reasons.

    (1) The Complaint fails to allege any material acts of fraud, deception, or manipulation. In fact, the Complaint demonstrates that O'Donnell's trade-processing practices involved entirely truthful and accurate representations.

    (2) The Complaint fails to plead its claims with particularity as required by Federal Rule of Civil Procedure 9(b).  When the Complaint's conclusory allegations and illegitimate raw data are stripped away, all that remains are five incomplete trading events that omit allegations of facts necessary to support a fraud claim.

    (3) The Complaint lacks any allegations that raise a "strong inference" of scienter.  The Complaint's vague, conclusory allegations of O'Donnell's purpose are unrelated to fraud or

deception, and the Complaint fails to raise the requisite strong inference by sufficiently alleging motive or extreme recklessness.

In support of this Motion, attached please find the Memorandum in Support of Defendant Christopher L. O'Donnell's Motion to Dismiss the Complaint.

Dated: March 14, 2008

Respectfully submitted,

MAYER BROWN LLP

By: _____
Stephen J. Crimmins
Daniel T. Brown
Tyler E. Gellasch
1909 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000

Attorneys for Defendant Christopher L. O'Donnell

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March 2008, a true and complete copy of the foregoing Defendant Christopher L. O'Donnell's Notice of Motion and Motion to Dismiss the Complaint and Memorandum in Support of Defendant Christopher L. O'Donnell's Motion to Dismiss the Complaint was served by ECF to counsel of record and by first-class mail, postage pre-paid on the following:

        Christopher R. Conte, Esquire
        Mark J. Kreitman, Esquire
        U.S. Securities and Exchange Commission
        100 F Street, N.E.
        Washington, D.C. 20549

        Robert S. Blackburn, Esquire
        U.S. Securities and Exchange Commission
        3 World Financial Center
        Room 4300
        New York, NY 10281

        */s/ Daniel T. Brown*
        Daniel T. Brown
        Mayer Brown LLP
        1909 K Street, N.W.
        Washington, DC 20006
        (202) 263-3000