UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
                          Plaintiff,

                          07 civ 11275 (JGK)

          -against-

                          ORDER

DARRYL A. GOLDSTEIN and CHRISTOPHER L. O'DONNELL,
                          Defendants.
------------------------------------------------------------X
JOHN G. KOELTL, DISTRICT JUDGE:

    Defendants have filed a motion to dismiss the complaint on March 14, 2008.

    The plaintiff shall serve and file a response to the motion by **April 10, 2008**. The defendants shall reply to the response by **April 24, 2008**.

SO ORDERED.

                                              JOHN G. KOELTL
                                   UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         March 20, 2008