UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                                         :

SECURITIES AND EXCHANGE COMMISSION, :
                                                                                         :
        Plaintiff,                                       :
                                                                                        :   No. 07-cv-11275 (JGK/JCF)
        v.                                              :   ECF CASE
                                                                                         :
DARRYL A. GOLDSTEIN and                  :   **NOTICE OF REPLY**
CHRISTOPHER L. O'DONNELL,              :   **IN FURTHER SUPPORT OF**
                                                                                        :   **MOTION TO DISMISS**
        Defendants.                             :
                                                                                        :
-------------------------------------------------------------x

        **PLEASE TAKE NOTICE THAT** pursuant to Federal Rules of Civil Procedure, Defendant Darryl A. Goldstein ("Goldstein") will move this Court, at the United States courthouse located at 500 Pearl Street, New York, New York 10007, before the Honorable John G. Koeltl on a date to be determined by the Court for an Order dismissing Plaintiff Securities and Exchange Commission's ("SEC") Complaint.

Dated: New York, New York                        Respectfully submitted,
         April 24, 2008

                                                          */s/ Lawrence H. Cooke II*
                                                          Lawrence H. Cooke II (LC8884)

                                                          */s/ Nancy R. Grunberg*
                                                          Nancy R. Grunberg (admitted *pro hac vice*)

                                                          VENABLE LLP
                                                          Rockefeller Center
                                                          1270 Avenue of the Americas
                                                          25th Floor
                                                          New York, New York  10020
                                                          Telephone:  (212) 307-5500
                                                          Facsimile:  (212) 307-5598
                                                          E-mail:  lhcooke@venable.com

                                                          *Counsel for Defendant*
                                                          *Darryl A. Goldstein*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of April 2008, a true and complete copy of the foregoing *Notice of Reply in Further Support of Motion To Dismiss* was served by the Court's ECF system on the following ECF-registered parties:

>Jordan A. Thomas, Esquire
>U.S. Securities & Exchange Commission
>100 F Street, N.E.
>Washington, D.C.  20549


>Tyler Emil Gellasch, Esquire
>Daniel T. Brown, Esquire
>Mayer Brown LLP
>1909 K Street, N.W.
>Washington, D.C.  20006

and by first-class mail, postage pre-paid, on the following parties not registered with the Court's ECF service:

>Christopher R. Conte, Esquire
>Mark J. Kreitman, Esquire
>U.S. Securities & Exchange Commission
>100 F Street, N.E.
>Washington, D.C.  20549


>Robert B. Blackburn, Esquire
>U.S. Securities & Exchange Commission
>3 World Financial Center
>Room 4300
>New York, NY 10281


>*/s/ Nancy R. Grunberg*
>Nancy R. Grunberg (admitted *pro hac vice*)